MINUTE ENTRY
JANUARY 7, 2020
DOUGLAS, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-003 |
| CHARLIE JAMES MCDUFFY, JR. | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH (WITHOUT COUNSEL) _____

_____

X  ASSISTANT U.S. ATTORNEY   INGA PETROVICH _____
___ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT FROM MDFL WAS:
    READ   WAIVED  (SUMMARIZED)

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

\_/ BOND SET AT  _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

\_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/~~REMOVAL HEARING~~/ ARRAIGNMENT IS SET FOR _January 21, 2020 at 2:00 p.m._

\_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _January 8, 2020 at 2:00 p.m._

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/~~REMOVAL HEARING~~/ARRAIGNMENT/~~DETENTION HEARING~~/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____