FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 NOV 26 PM 2: 00

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-573-T-30 TGW

21 U.S.C. § 846
21 U.S.C. § 841

AHMAD RASHAD WESTON,
   a/k/a "Blood,"
CHARLESTON SHELLIE LONG,
   a/k/a "Shellie,"
SHYRON DEONTA GIVENS,
   a/k/a "Ron,"
CHARLIE JAMES MCDUFFY, JR.,
TEDDY TERRELL STRACHAN,
CEVEGHNTA BILLVON GUYDEN,
   a/k/a "Chop,"
QUINCY ALFONZO TURNER,
   a/k/a "Chico,"
JUSTICE DESHONNA MCLAURIN,
   a/k/a "Jussy,"
WILLIE CARL MCLAURIN,
   a/k/a "Baldy,"
JA'VONTA WILLIE MCLAURIN,
   a/k/a "Tay Tay," and
WILLIE CARL MCLAURIN, JR.

**SEALED**

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but no later than in or around August 2018, and continuing through on or about the date of this indictment, in the Middle District of Florida and elsewhere, the defendants,

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

AHMAD RASHAD WESTON,
a/k/a "Blood,"
CHARLESTON SHELLIE LONG,
a/k/a "Shellie,"
SHYRON DEONTA GIVENS,
a/k/a "Ron,"
CHARLIE JAMES MCDUFFY, JR.,
TEDDY TERRELL STRACHAN,
CEVEGHNTA BILLVON GUYDEN,
a/k/a "Chop,"
QUINCY ALFONZO TURNER,
a/k/a "Chico,"
JUSTICE DESHONNA MCLAURIN,
a/k/a "Jussy,"
WILLIE CARL MCLAURIN,
a/k/a "Baldy,"
JA'VONTA WILLIE MCLAURIN,
a/k/a "Tay Tay," and
WILLIE CARL MCLAURIN, JR.

did knowingly and willfully conspire and agree with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance.

With respect to all defendants, the violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 and § 841(b)(1)(B).

COPY

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

2

## COUNT TWO

On or about February 27, 2019, in the Middle District of Florida, defendants

**AHMAD RASHAD WESTON,**
a/k/a "Blood," and
**QUINCY ALFONZO TURNER,**
a/k/a "Chico,"

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT THREE

On or about March 25, 2019, in the Middle District of Florida, defendant

**QUINCY ALFONZO TURNER,**
a/k/a "Chico,"

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

COPY

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

## COUNT FOUR

On or about April 24, 2019, in the Middle District of Florida, defendant

QUINCY ALFONZO TURNER,
a/k/a "Chico,"

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about May 13, 2019, in the Middle District of Florida, defendants

AHMAD RASHAD WESTON,
a/k/a "Blood," and
QUINCY ALFONZO TURNER,
a/k/a "Chico,"

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT SIX

On or about June 18, 2019, in the Middle District of Florida, defendants

COPY
For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

4

AHMAD RASHAD WESTON,
a/k/a "Blood," and
QUINCY ALFONZO TURNER,
a/k/a "Chico,"

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

### COUNT SEVEN

On or about July 2, 2019, in the Middle District of Florida, defendant

QUINCY ALFONZO TURNER,
a/k/a "Chico,"

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### FORFEITURE

1.  The allegations contained in Counts One to Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.   COPY

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE:  TAMPA, FL

5

2. Upon conviction of a violation of 21 U.S.C. §§ 846 or 841, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

COPY

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
David C. Waterman
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

COPY

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

7

FORM OBD-34
November 19

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

AHMAD RASHAD WESTON,
   a/k/a "Blood,"
CHARLESTON SHELLIE LONG,
   a/k/a "Shellie,"
SHYRON DEONTA GIVENS,
   a/k/a "Ron,"
CHARLIE JAMES MCDUFFY, JR.,
TEDDY TERRELL STRACHAN,
CEVEGHNTA BILLVON GUYDEN,
   a/k/a "Chop,"
QUINCY ALFONZO TURNER,
   a/k/a "Chico,"
JUSTICE DESHONNA MCLAURIN,
   a/k/a "Jussy,"
WILLIE CARL MCLAURIN,
   a/k/a "Baldy,"
JA'VONTA WILLIE MCLAURIN,
   a/k/a "Tay Tay," and
WILLIE CARL MCLAURIN, JR.

INDICTMENT

Violations: 21 U.S.C. § 846 and § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 26th day
of November, 2019.

_____
Clerk

Bail $ _____

GPO 863 525

COPY
For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:19cr593 T30 TGW

AHMAD RASHAD WESTON,
   a/k/a "Blood,"
CHARLESTON SHELLIE LONG,
   a/k/a "Shellie,"
SHYRON DEONTA GIVENS,
   a/k/a "Ron,"
CHARLIE JAMES MCDUFFY, JR.,
TEDDY TERRELL STRACHAN,
CEVEGHNTA BILLVON GUYDEN,
   a/k/a "Chop,"
QUINCY ALFONZO TURNER,
   a/k/a "Chico,"
JUSTICE DESHONNA MCLAURIN,
   a/k/a "Jussy,"
WILLIE CARL MCLAURIN,
   a/k/a "Baldy,"
JA'VONTA WILLIE MCLAURIN,
   a/k/a "Tay Tay," and
WILLIE CARL MCLAURIN, JR.

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this __26__ day of November, 2019.

~~THOMAS G. WILSON~~ CHRISTOPHER P. TUTTLE
United States Magistrate Judge

2

COPY
For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE: TAMPA, FL