# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 20-03   **Complaint/~~Warrant~~ Indictment from Other District**

**Defendant:** Charlie James McDuffy, Jr.

**Violation:** Indictment from another district

_____ **USC** _____

**U.S. Attorney:** Inga Petrovich

**Date Assigned:** 1/6/2020

**Interpreter Needed?**   Yes   (No)

**Sealed?**   Yes   (No)

**Court Date and Time:** 1/7/2020 @ 2:00 p.m.

**Before Magistrate Judge:** Dana Douglas